AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
FEB 06 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Matthew ALLEN<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)     1:18 MJ 0 0 0 2 8 BAM<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 13, 2017,__ in the county of __Tulare__ in the
__Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm<br><br>PENALTIES<br>10 years maximum term of imprisonment<br>$250,000 fine<br>3 years of supervised release<br>$100 special assessment |

This criminal complaint is based on these facts:
See Attached Affidavit of Special Agent Brandon Stallworth, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon Stallworth, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __2/6/18__

_____
*Judge's signature*

City and state: __Fresno, California__    Hon. Barbara A. McAuliffe, U.S. Magistrate Judge
*Printed name and title*

## I. **AFFIDAVIT**

I, Brandon M. Stallworth, being sworn, depose and state the following:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been employed since September of 2015. Previous to my employment as a Special Agent, I was employed as a Deputy Probation Officer with Fresno County Probation for approximately nine months and a Correctional Officer with the Federal Bureau of Prisons for approximately one year. I am currently assigned to the San Francisco Field Division/Fresno Field Office. I completed twenty-seven weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center and ATF National Academy in Glynco, Georgia. I received extensive training in firearm identification, the identification and effects of controlled substances, the identification of improvised explosive devices, surveillance and electronic surveillance, and undercover investigations. During the course of my employment with ATF, I have investigated, and assisted in the investigation of criminal violations relating to firearms and/or narcotics, including Title 18 U.S.C. Section 922(a)(1)(A) - dealing firearms without a license, Title 18 U.S.C. Section 922(g)(1) – felon in possession of firearm and Title 21 U.S.C Section 841(a)(1) - possessing with intent to manufacture, distribute, or dispense, a controlled substance. During these investigations, I have participated in and utilized the following investigative tools: conducting physical surveillance, interviewing suspects, writing affidavits for and executing arrest warrants, handling confidential informants, analyzing phone records obtained from pen registers, trap and trace devices, and the physical devices, and collecting and processing evidence.

## II. **PROBABLE CAUSE**

2. Title 18 U.S.C. Section 922(g)(1) prohibits any person who has previously been convicted of an offense punishable by imprisonment for more than one year from possessing a firearm or ammunition that has traveled in interstate or foreign commerce.

3. This affidavit is in support of a complaint charging Matthew ALLEN with a violation of Title 18 U.S.C. Section 922(g)(1), being a felon in possession of a firearm or ammunition that has traveled in interstate or foreign commerce. The information set forth in this affidavit is not intended to

AFFIDAVIT IN SUPPORT OF COMPLAINT                1

detail each and every fact and circumstance of the investigation or all the information known to me and other law enforcement investigators. Rather, this affidavit serves to establish probable cause for the arrest of ALLEN.

4. The information in this affidavit is based on my personal knowledge, my conversations with those directly involved in this investigation, and my review of police reports from this case.

5. According to Porterville Police Department (PPD) report 17-6232, On October 13, 2017, at approximately 1837 hours, PPD officers were dispatched to a Target parking lot located at 1363 West Henderson, Porterville, CA regarding an arrest warrant for ALLEN for failing to appear in court after being released on bail.

6. PPD dispatch advised officers that ALLEN was seen in the Target parking lot by loss prevention. Additionally, PPD dispatched advised officers that ALLEN entered a blue Toyota pickup truck, bearing CA license plate 8K97828. The vehicle traveled north in the parking lot and exited onto Olive Avenue, Porterville, CA. Officer A. Perez observed the aforementioned vehicle and conducted a traffic stop near 1075 West Henderson Avenue, Porterville, CA.

7. Officer Perez contacted and informed the driver that he was looking for ALLEN. The driver advised that he was not ALLEN. The driver, rear passenger, and front passenger, later identified as ALLEN,[1] were removed from the vehicle. While ALLEN was getting out of the vehicle, he stated to PPD Officer Ellestad that he had a Derringer in his back pocket. Officer Ellestad then patted down ALLEN's back pocket and located a Beretta, model 950 BS, .22 short caliber pistol with an obliterated serial number with a compatible magazine with six (6) .22 caliber rounds.

8. Based on a review of Riverside County Superior Court of California records, ALLEN has incurred the following convictions punishable by imprisonment for more than one year: (1) a 2010 Riverside County Superior Court conviction for a violation of California Health and Safety Code Section 11377(A), Possession of a Controlled Substance—Methamphetamine; and (2) a 2011 Riverside County Superior Court conviction for a violation of California Penal Code Section 459, Burglary.

9. On January 25, 2018, I spoke with ATF SA Bradley Dickey, who specializes in the

---

[1] ALLEN initially provided officers with a fake name, but later admitted his name is Matthew ALLEN.

AFFIDAVIT IN SUPPORT OF COMPLAINT 2

interstate nexus of firearms and ammunition. SA Dickey indicated the Beretta firearm possessed by ALLEN was not manufactured in California.

### III.   CONCLUSION

10. The above facts set forth probable cause to believe that Matthew ALLEN is in violation of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm. I request that an arrest warrant be issued for Matthew ALLEN for this violation.

Brandon M. Stallworth, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me, and subscribed in my presence, this _____ day of February, 2018.

Honorable Barbara A. McAuliffe
United States Magistrate Judge

Reviewed and approved as to form and content by:

/s/ ROSS PEARSON
Ross Pearson
Assistant U.S. Attorney

AFFIDAVIT IN SUPPORT OF COMPLAINT             3